UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Andrian Johnson J.R.                    )

_____        )

_____        )
(Enter above the NAME of the
 plaintiff in this action.)             )

            v.                          )

Hamilton county Jail                    )

_____        )

_____        )
(Enter above the NAME of each
 defendant in this action.)             )

<u>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS</u>
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts
            involved in this action or otherwise relating to your imprisonment?  YES (   ) NO ( ✓ )

      B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more
            than one lawsuit, describe the additional lawsuits on another piece of paper, using the
            same outline.)

            1.    Parties to the previous lawsuit:

                  Plaintiffs: _____

                  _____

                  Defendants: _____

                  _____

1

Case 1:25-cv-00363-CEA-CHS     Document 1     Filed 11/17/25     Page 1 of 6     PageID #: 1

2. COURT: (If federal court, name the district; if state court, name the county):

_Hamilton County_

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES ( ✓ ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ✓ ) NO ( )

C. If your answer is YES,

1. What steps did you take? _I put the way Ive been feeling Since this happend I also told them I wasnt safe_

2. What was the result? _Nothing happend they never came to me_

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ✓ ) NO ( )

F. If your answer is YES,

1. What steps did you take? _When the officers came around I tried to let them know_

2

2. What was the result? _they ignored me and walked right past me_

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _Andrian Johnson JR_

Present address: _238 west 37th street_

Permanent home address: _238 west 37th street_

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_8/13/25 I was assaulted by multiple inmates in G-2 and I notified officers letting them_

3

I was placed with imcapitables inmates that I can't be around they ignored me an went against policy and put me in there. This happend 2nd shift between 6:00 pm to 10:pm I asked the staff that was on duty on 8/14/25 not to put me back in G-2 but placed me on protective custody. The inmates was coming to the cell calling me the police and was harassing me thats not protecting me. The inmates be popping out they cell in G-2 to the point P.C. be getting assaulted. I've been assaulted multiple time to were I had to get stiches in My face this time they gave Me 3rd degree burn. I was held hostage. I also have a hard time sleeping and I have bad ptsd.

4

V. **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

I would like to sue due to pain and suffering and life threating now my ptsd have got bad.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this *andrian johnson* day of ___8/14/25___, 20 _25_.

_____
Signature of plaintiff(s)

Case 1:25-cv-00363-CEA-CHS    Document 1    Filed 11/17/25    Page 5 of 6    PageID #: 5

Andrian johnson JR
601 justice way
Chattanooga, TN 37421

united states
Eastern District at
Tennessee 900 Georgia Avenue
Chattanooga, TN 37402

INMATE MAIL
This letter ... beer
inmat ... am
Sher ... Office ... res...sible
for the contents of this letter.

CHATTANOOGA. TN . 375

FOREVER / USA

3740232234     9